USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE E. MARINE BONIFACIO, ET AL.,

Plaintiff(s),

-v-

COWAN SYSTEMS LLC, ET AL.,

Defendant(s).

**ORDER**

24-CV-2688 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 29, 2024, this case was referred to a Magistrate Judge for settlement. ECF No. 17. On October 30, 2024, the referral was reassigned to me. If the parties wish to schedule a settlement conference, they should contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 31, 2024
New York, New York

Henry J. Ricardo
United States Magistrate Judge