UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE E. MARINE BONIFACIO, ET AL.,

    Plaintiffs,

-v-

COWAN SYSTEMS, LLC, ET AL.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

**ORDER**

24-CV-2688 (VSB)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated October 29, 2024, this case was referred to a magistrate judge for settlement.  ECF No. 17.  On October 30, 2024, the referral was reassigned to the undersigned.  By Order dated October 31, 2024, the undersigned directed the parties to contact chambers to schedule a settlement conference for a time when they believe it would be productive.  ECF No. 18.  To date, the parties have not contacted the undersigned's chambers to schedule a settlement conference.

    Accordingly, a conference is scheduled on **December 2, 2025,** at **11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 190 180 310#).

1

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge