UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE E. MARINE BONIFACIO, ET AL.,

               Plaintiff(s),

      -v-

COWAN SYSTEMS LLC, ET AL.,

              Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2025

**ORDER**

24-CV-2688 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Amended Order of Reference dated December 3, 2023, this case was referred to the undersigned for general pretrial supervision. ECF No. 43.

The case management schedule as amended by Judge Broderick's November 10, 2025 memo endorsed order remains in effect. ECF No. 35.

The parties are directed to submit a joint status report as to the status of discovery by **January 5, 2026**.

**SO ORDERED.**

Dated: December 4, 2025
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge