**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

YAN C MARINE-ABREU,

Plaintiff,

-against-

ZBIGNIEW PAUPEROWICZ,
COWAN INTERMODAL GROUP, LLC,
and COWAN SYSTEMS, LLC,

Defendants.

**24 Civ. 2526 (VSB) (GS)**

**ORDER**

---------------------------------------------------------------------X

JOSE E. MARINE BONIFACIO and NELSY M. ABREU DE MARINE,

Plaintiff,

-against-

ZBIGNIEW PAUPEROWICZ,
COWAN INTERMODAL GROUP, LLC,
COWAN SYSTEMS, LLC, and
YAN MARINE-ABREU,

Defendants.

**24 Civ. 2688 (VSB) (GS)**

**ORDER**

---------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Defendants' October 28, 2026 letter motion requesting an order compelling two treating physicians for Plaintiffs, Dr. Thomas Kolb and Dr. Richard Okafor, to appear for a deposition, or, in the alternative, precluding Plaintiffs from offering testimony or records from these physicians at trial or in motion practice. (Dkt. No. 73). The Court has not received any submission from Plaintiffs or these physicians regarding Defendants' letter. On September 24, 2026, the Court granted Defendants' prior motion to compel Dr. Kolb to appear for a deposition, (Dkt. No. 72), after his failure to appear for a scheduled deposition, and set a reasonable hourly fee of $500 for these physicians' attendance at the depositions.

Since then, Dr. Kolb has once again failed to appear for his deposition scheduled on October 28, 2026, and Dr. Okafor has not confirmed his availability for a deposition with

Defendants' counsel. (Dkt. No. 73-3 & Dkt. No. 73-4). Dr. Kolb is in violation of this Court's September 24 Order and has failed to comply with the deposition subpoena served by Defendants. Dr. Okafor has not responded to Defendants' request despite an order setting a reasonable hourly fee for his testimony.

Accordingly, Defendants' motion to compel is **GRANTED**. Dr. Kolb and Dr. Okafor are ordered to appear for depositions by no later than November 24, 2026, or risk being ordered to show cause why sanctions should not issue for contempt of court. Further, should Dr. Kolb or Dr. Okafor fail to appear for a scheduled deposition without good cause for such failure, the Court may preclude their testimony and/or use of their reports at trial. The Clerk of Court is respectfully directed to close the open motion at Docket Number 73.

**SO ORDERED.**

DATED: New York, New York
November 6, 2026

The Honorable Gary Stein
United States Magistrate Judge